Morse Mehrban (Bar No. 169082)
LAW OFFICES OF MORSE MEHRBAN
12021 Wilshire Blvd., #780
Los Angeles, CA 90025-1206
Telephone: 310-571-0104
Facsimile: 206-202-3834
Email: mmehrban@hotmail.com

Attorney for Plaintiff,
George Louie

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GEORGE LOUIE, for Himself and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BFS RETAIL & COMMERCIAL OPERATIONS, LLC,<br><br>Defendant. | Case No. 2:07-CV-02340-WBS-KJM<br>CLASS ACTION<br><br>ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE |

APPLICATION

Plaintiff hereby applies to the Court ex parte for an Order to continue the Status (Pretrial Scheduling) Conference currently scheduled at 2:00 p.m. on December 17, 2007 to April 7, 2008 at 2:00 p.m. Defendant has not been served, therefore no opposition is anticipated. Plaintiff has not sought or obtained any previous continuance. Such a continuance is timely and is necessary because today, December 6, 2007, I, primary counsel for Plaintiff learned that my associate, Javier Ramirez, had failed to calendar any of the deadlines and dates in this action and failed to serve the lawsuit on the Defendant herein. As a result of his continued incompetence, I

have discontinued my association with Mr. Ramirez and he will no longer be working for my office. Today, December 6, 2007, I mailed out for service the lawsuit herein upon the Defendant. Because Defendant has not been served, nothing would be gained by holding the conference at the previously-scheduled date. For this reason, I respectfully request that the Court grant a continuance of the hearing to permit sufficient time for Defendant to appear and for I and defense counsel to put together a Joint Status Report for filing with the Court.

Dated: 12/6/2007                                          LAW OFFICES OF MORSE MEHRBAN

                                                          By:   /s/_____

                                                          Morse Mehrban
                                                          Attorney for Plaintiff,
                                                          George Louie

### ORDER

Having considered Plaintiff's ex parte application for a continuance, and finding good cause thereof, IT IS HEREBY ORDERED that the Status (Pretrial Scheduling) Conference scheduled for December 17, 2007 at 2:00 pm is continued to April 7, 2008 at 2:00 p.m.

Dated:   December 7, 2007

                                                          _____
                                                          WILLIAM B. SHUBB
                                                          UNITED STATES DISTRICT JUDGE